**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**THOMASVILLE DIVISION**

KENNETH C. APPERSON, ET. AL.,          :
                                        :
          Plaintiffs,                   :
                                        :
vs.                                     :          6:04-CV-20 (WLS)
                                        :
SOUTHERN STATES COOP., ET. AL,          :
                                        :
          Defendants.                   :
_____

## ORDER

        Presently pending before the Court is Defendants', Roberts Aircraft Company and

Heli-Support Company, motion to continue the case from the November 2006 Trial

Calendar.  (Doc. No. 60).  The motion is unopposed by Plaintiffs.  (Doc. No. 61).  As the

Court has previously addressed Defendants' motion to dismiss and summary judgment,  and

upon motion of the parties, withdrawn the order dismissing Defendants' Roberts and Heli-

Support for further consideration, the case is not ripe for trial.  Motions are pending.

Therefore, Defendants' motion to continue the trial (Doc. No 60) is **GRANTED**.  The case

is continued until the next regularly scheduled Trial Calendar, or to such a time as may be

set by the Court.

        SO ORDERED, this   16th  day of October, 2006.

                                        ____/s/W. Louis Sands_____
                                        **W. Louis Sands,  Judge**
                                        **United States District Court**

1